**Ousman M. SILLAH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–1712.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2006.

Decided: May 15, 2006.

Irena I. Karpinski, Law Offices of Irena I. Karpinski, Washington, D.C., for Petitioner. Paul J. McNulty, United States Attorney, Kent P. Porter, Assistant United States Attorney, Norfolk, Virginia, for Respondent.

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ousman M. Sillah, a native and citizen of Gambia, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. *See INS v. Doherty*, 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992); 8

C.F.R. § 1003.23(b)(4)(ii) (2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In Re: Sillah*, No. A72–000–231 (B.I.A. June 3, 2005). We deny Sillah's Motion for Stay of Proceedings and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*